CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2013CR6195

THE STATE OF TEXAS

VS

DIANNA WYRICK RODRIGUEZ

IN THE 227TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/31/2015 10:27:18 AM BEXAR COUNTY, TEXAS

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 03-25-2015

3. The Honorable RAYMOND ANGELINI _____ presided at the trial .

4. The above named defendant was convicted of the offense(s) of THEFT ALUM/BRONZE/COPPER <$20,

as a (Repeater)(Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413 SBN: 24030360

6. Trial _____ Attorney(s):_____

(Retained)(Appointed)Appeals attorney:KELLY KAY GREEN
Address & Phone No:455 S MAIN AVE SAN ANTONIO, TX, 78204-1133 (210)225-5900 SBN: 8360250

Defendant Pro-Se __ Yes X No

7. The trial held was:___ Trial before the Court          ___ Jury trial on guilt only
                       ___ Jury trial on punishment only  ___ Jury trial guilt and punishment
                       ___ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
                       ___ Pretrial motion heard prior to plea    ___ Open/non negotiated plea of guilty/nolo contendere
                       ___ Motion to enter adjudication of guilt   ___ Motion to revoke community supervision
                       X Other DISMISSED

8. The sentence was (      ) on:        for a period of:yrs:000 mths:00
and a fine of $

9. Defendant is presently in: X BCADC ___ TDCJID. Defendant is on ** RWOB ** appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: LISA RAMOS 210-335-2304

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
& cause number) 2013CR6190, 2013CR6189

WITNESS MY HAND THIS THE 30th DAY OF March , 2015

COURT REPORTER(S):____ NOTIFIED ____          Date: 3/30/15
                                               Date:_____

KEITH E. HOTTLE, CLERK

BY:_____          Date:_____
Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _____

**JOHN MULLENFELD**                          ,DEPUTY

(jsdca)

2013 CR 6190
2013 CR 6189

Cause NO. 2013 CR 6195

THE STATE OF TEXAS

VS.

Dianna Ring

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Dianna Ring _____, Defendant in the

above styled and numbered cause, on this the 9th day of

March _____, 2015, and within thirty (30) days of

sentencing having been imposed against Defendant on the 19th day of

March _____, 2015, in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

Dianna Ring

Defendant

BY: _____
DEPUTY

Attorney for Defendant

FILED
DIANNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 MAR 25 AM 11: 27

Diana Ring 658098
300 n. Comal St 1E-44
S.A. Tx. 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 MAR 24 PM 12: 20

KEITH E. HOTTLE, CLERK

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste 3200
San Antonio, TX 78205

neopost
03/23/2015
US POSTAGE
$00.48⁰
FIRST-CLASS MAIL
ZIP 78205
041L1220204S